### 10231.   DORSEY *v.* THE STATE.

BROYLES, P. J.   The defendant's motion for a new trial contained only the usual general grounds; the verdict was amply authorized by the evidence; and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Bloodworth and Stephens, JJ., concur.*
DECIDED MARCH 7, 1919.

Indictment for possession of intoxicating liquor; from Cherokee superior court—Judge Morris.   September 24, 1918.

*W. D. Mills, Howell Brooke,* for plaintiff in error.

*John T. Dorsey, solicitor-general, Herbert Clay,* contra.

---

### 10232.   CASH *v.* THE STATE.

BLOODWORTH, J.   The motion for a new trial contains the general grounds only, the evidence was sufficient to authorize the jury to convict, the verdict has the approval of the presiding judge, and this court will not interfere.

*Judgment affirmed.   Broyles, P. J., and Stephens, J., concur.*
DECIDED MARCH 7, 1919.

Accusation of possession of intoxicating liquor; from Butts superior court—Judge Searcy.   November 2, 1918.

*C. L. Redwine,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.